UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID HILL, <br> (BOP Register No. 30777-177), | ) <br> ) <br> ) | |
| Movant, | ) <br> ) | CIVIL ACTION NO. |
| VS. | ) <br> ) | 3:18-CV-2127-G (BN) |
| UNITED STATES OF AMERICA, | ) <br> ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 17, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**